IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:24-cr-77 |
| | ) | |
| DEVON DRUMGOOLE, | ) | |
| | ) | |
| Defendant. | ) | |

PETITION AND ORDER FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

It appearing to the Court that the defendant, DEVON DRUMGOOLE, is currently in state custody as a sentenced prisoner, and must appear before the United States District Court, in Norfolk, Virginia, on **October 18, 2024**, at 2:00 p.m. for an initial appearance hearing;

It is hereby ORDERED that a writ of habeas corpus *ad prosequendum* be issued forthwith, to the Warden of the Nottoway Work Center, 2892 Schutt Road, Burkeville, Virginia 23922 Telephone No: (434) 757-5543, to surrender the body of the above-named defendant into the custody of the United States Marshal for the Eastern District of Virginia, who shall produce the same before the United States District Court in Norfolk, Virginia on **October 18, 2024,** and at such other times as this Court may direct, and to be thereafter retained in the custody of the United States Marshal until the pending indictment against him is resolved.

/s/
Lawrence R. Leonard
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

October 11, 2024
Norfolk, Virginia

Case 2:24-cr-00077-EWH-RJK Document 27 Filed 10/11/24 Page 2 of 2 PageID# 69

WE ASK FOR THIS:

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Anthony Mozzi
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number – 757-441-6331
Facsimile Number – 757-441-6689
E-Mail Address – anthony.mozzi@usdoj.gov